

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2021

No. 04-21-00197-CV

Graciela **GARCIA** and Jesus Garcia,
Appellants

v.

Roberto **SALINAS**, Jose Lozano, and State Farm Mutual Automobile Insurance Company,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-716-A
Honorable Baldemar Garza, Judge Presiding

## O R D E R

Appellants' third motion for an extension of time to file their brief is **GRANTED.** Appellants' brief filed on September 2, 2021 is deemed timely filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court